**Appeal Dismissed and Memorandum Opinion filed July 9, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00353-CV

## MAGNOLIA GARDENS NURSERY, Appellant

## V.

## AMEGY BANK, NATIONAL ASSOCIATION, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2018-08847A**

## M E M O R A N D U M   O P I N I O N

Appellant Magnolia Gardens Nursery filed its notice of appeal on April 26, 2019. Our records show that appellant has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5; Tex. Gov't Code Ann. § 51.207.

On June 4, 2019, this court ordered appellant to pay the appellate filing fee on or before June 14, 2019, or the appeal would be dismissed. Appellant has not paid

the appellate filing fee. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.